FILED

SEP 1 8 2018

U.S. DISTRICT COURT
EASTERN DISTRICT OF MO
ST. LOUIS

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI

UNITED STATES OF AMERICA,

Plaintiff,

v.

REHAN A. RANA,

Defendant.

**WAIVER OF INDICTMENT**

CASE NUMBER:

**4:18CR770 AGF**

I, Rehan A. Rana, the above named defendant, who is accused of submitting a false federal tax return in violation of Title 26, United States Code, Section 7206(1) being advised of the nature of the charge(s), the proposed information, and of my rights, hereby waive in open court on _____9/18/2018_____ prosecution by indictment and consent that the proceeding may be by information rather than indictment.

_____
Defendant

_____
Counsel for Defendant

Before _____
Judicial Officer

9/18/2018

1