## Courtroom Minute Sheet
## ARRAIGNMENT/PLEA/CHANGE OF PLEA
## WAIVER OF INDICTMENT/PLEA PROCEEDINGS

Date **September 18, 2018**   Case No. **4:18cr00770 AGF**
UNITED STATES OF AMERICA vs. **Rehan Rana**
Judge **Audrey G. Fleissig**   Court Reporter **P. Dunn Wecke**
Deputy Clerk **B. Porter**   Interpreter **n/a**
Assistant United States Attorney(s) **Dorothy McMurtry**
Attorney(s) for Defendant **John Rogers**

Arraignment/Waiver of Indictment/Plea:
Defendant's age **46**   Education **Bachelor's Degree**
☐ Defendant waives assistance of counsel  ☐ Waiver filed
☐ Arraignment continued until _____ at _____ a.m./p.m.
☑ Defendant signs waiver of indictment and consents to proceed by information
☑ Criminal ☐ superseding ☑ information ☐ indictment filed
☑ Defendant waives reading of indictment/information  ☑ Defendant arraigned
☑ Defendant enters a plea of  ☑ GUILTY  ☐ NOT GUILTY to counts **one** of the ☐ superseding ☐ indictment ☑ information ☐ Pretrial Motions Order ☐ issued ☐ to issue

**Change of Plea:**
☑ The Court finds the defendant competent to enter a plea of guilty.
☐ By leave of Court, the defendant withdraws former plea of not guilty and enters a plea of guilty to count(s) _____ of the ☐ superseding ☐ information ☐ indictment
☐ Stipulation of facts relative to sentencing filed ☐ with ☐ without plea agreement
☐ The Court adopts and approves  ☐ Stipulation of Facts  ☐ Guilty Plea Agreement
☐ The Court defers the adoption of ☐ Stipulation of Facts  ☐ Guilty Plea Agreement
   until the date of sentencing
☐ Guilty Plea Agreement filed
☐ Ordered that count(s) _____ be held in abeyance until sentencing
☐ Ordered that pending motions as to defendant _____ are denied as moot
☑ Sentencing set **12/20/18** at **9:30 AM**
☑ OBJECTIONS TO OR ACCEPTANCE OF PSR DUE **11/29/18**
☐ Defendant is remanded to custody   ☑ Defendant is released on existing bond
(If defendant was on bond and is remanded, change location code to "LC.")
Probation Officer **Not Present**

Proceedings commenced **11:07** **A.M** concluded at **12:50** **P.M**
   For the purposes of this case, the Court adopts and releases the defendant on the existing bond set in case number 4:17cr297 AGF.  The defendant is ordered to abide by the same conditions of release for this case.  The defendant will not see a Magistrate Judge.